**Order entered April 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00191-CR

**JOHN WHEELER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-10261-T**

## ORDER

The reporter's record in this jury trial is past due. By postcard dated February 15, 2019, we notified court reporter Vearneas Faggett that the reporter's record was overdue. We directed her to file the (1) reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record by March 17, 2019. To date, the reporter's record has not been filed and we have had no communication from Ms. Faggett.

We **ORDER** the complete reporter's record filed **BY APRIL 19, 2019**. We caution Ms. Faggett that the failure to do so will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Lawrence Mays, Presiding Judge, 283rd Judicial District Court; Vearneas Faggett, official court reporter, 283rd Judicial District Court; and to counsel for all parties.

/s/     BILL PEDERSEN, III
        JUSTICE